UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:20CR00376 AGF |
| | ) | |
| CHRISTEN SCHULTE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing as to defendant **Christen Schulte** is set for **Tuesday, November 10, 2020 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to defendant **Christen Schulte** is **October 20, 2020.**

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court.   A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2020.