UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:20CR 376 AGF |
| ) | |
| CHRISTEN SCHULTE, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF CONSENT TO
CERTAIN CRIMINAL PROCEEDINGS BY VIDEO CONFERENCING

With the consent of Defendant after conferring with counsel, the Court is authorized to conduct certain criminal proceedings by video conferencing. *See In re The National Emergency Declared on March 13, 2020*, Case No. 8:20-mc-25, Administrative Order at Doc. 1 (Mar. 29, 2020) (implementing the Coronavirus Aid, Relief, and Economic Security Act, H.R. 748 (the CARES Act), and the March 27, 2020 action by the Judicial Conference of the United States, by authorizing judges to conduct certain specified proceedings by video conferencing if the defendant consents after conferring with counsel).

Counsel for Defendant, after conferring with Defendant, hereby notifies the Court of Defendant's informed consent to conducting the following criminal proceedings by video conferencing and waiver of Defendant's in-person attendance at same:

1. an initial appearance under Rule 5, Federal Rules of Criminal Procedure;
2. any preliminary hearing required by Rule 5.1, Federal Rules of Criminal Procedure;
3. an arraignment under Rule 10, Federal Rules of Criminal Procedure; and
4. a detention hearing under 18 U.S.C. § 3142(f).

By: *Mick Henderson*
Counsel for Defendant

Dated this 30 day of July, 2020.