UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cr-00376-AGF |
| | ) | |
| CHRISTEN DIANE SCHULTE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE OF SENTENCING DATE**

COMES NOW the Defendant, by and through undersigned counsel, and requests a continuance from the sentencing date of November 10, 2020 to a date in January 2021. In support thereof, defense counsel states to the Court the following:

1.      Sentencing for Defendant is currently set on November 10, 2021. The Presentence report was completed and submitted on October 6, 2020.

2.      There is a possibility Defendant may be sentenced to the Bureau of Prisons and needs additional time to put affairs in order. Defendant is married with children.

3.      There is an ongoing pandemic in Covid-19.

4.      Defense counsel has conferred with counsel for the United States and there is no objection to a continuance.

WHEREFORE, Defendant prays this Court grant his request for continuance of the November 2020 sentencing date to a date in January 2021.

Respectfully Submitted,

/s/_____Mick Henderson_____
A. Mick Henderson, #62163MO
Henderson & Waterkotte, P.C.
7750 Clayton Rd., Suite 209
St. Louis, MO 63117
Phone: (314) 645-4400
Fax:    (314) 448-1926
henderson@hwlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 19th day of October, 2020 to be served by the operation of the Court's electronic filing system upon the following: **Kyle Bateman**, Assistant United States Attorney, 111 South Tenth St., Rm. 20.333, St. Louis, MO 63102.

/s/_____Mick Henderson_____

A.  Mick Henderson