UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20-cr-00376-AGF |
| CHRISTEN DIANE SCHULTE, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW undersigned counsel and respectfully requests leave from this Court on the above-referenced cause to withdraw as legal counsel due to irreconcilable differences pursuant to Federal Rule of Criminal Procedure Rule 1.16. Counsel requests for this matter be set for virtual hearing on Wednesday January 13, 2021 at 2:30pm. Counsel for Defendant has submitted this motion to the Defendant and advised her of the setting. Counsel will also submit Zoom information to the Defendant.

Respectfully Submitted,

By: /s/ Mick Henderson
A. Mick Henderson, #62163MO
Henderson & Waterkotte, P.C.
7750 Clayton Rd., Suite 209
St. Louis, MO 63117
Phone: (314) 645-4400
Fax: (314) 448-1926
henderson@hwlawpc.com

## CERTIFICATION OF SERVICE

Signature above is also certification that a true and correct copy of the above and foregoing document was e-filed, this 5th day of January 2020, to all parties on record.