UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:20-CR-00376-AGF |
| CHRISTEN DIANE SCHULTE, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Court will hold a hearing on the Motion to Withdraw as Counsel filed by Andrew Henderson (Doc. No. 20) on **January 13, 2021 at 2:30 p.m.** The hearing will take place by Zoom. Hearing participants and members of the general public who wish to view the hearing are directed to use the following login information to participate by Zoom: Meeting ID: 161 444 0464, Password: 973200. All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing. Family members and members of the general public may also listen to the hearing by calling 1-669-254-5252, Meeting ID: 161 444 0464. Non-case participants must remain muted throughout the entire proceedings. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

Dated this 5th day of January, 2021.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE