UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-CR-00376-AGF |
| | ) |
| CHRISTEN DIANE SCHULTE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

This matter came before the Court on this date for a hearing on Defendant's Motion to Withdraw as Attorney (Doc. No. 20). All parties appeared via video. Defendant was present and represented by her attorney, Andrew Henderson. The Government was represented by Assistant United States Attorney Kyle Bateman. At the hearing, a portion of which was held ex parte outside the hearing of the Government, Defendant and her counsel agreed that their relationship has been irretrievably broken and Defendant intends to obtain new counsel. The Court will stay the case, withhold ruling on Defendant's Motion to Withdraw and extend the deadline for filing objections to the Presentence Investigation Report for a period of two weeks to allow new counsel to enter and review the case and let the Court know if additional time is necessary.

Accordingly,

**IT IS HEREBY ORDERED** that all deadlines in this case are stayed for a period of two weeks, including the time to file objections to the Presentence Investigation Report. Objections to the Presentence Investigation Report will now be due on or before **January 29, 2021**. Sentencing remains scheduled for February 5, 2021 absent the filing of a Motion to Continue filed by new counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order

directly to Defendant at the address contained in the Preliminary Presentence Investigation Report.

Dated this 13th day of January, 2021.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE