UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CR-00376-AGF |
| ) | |
| CHRISTEN DIANE SCHULTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

This matter came before the Court on this date for a Status Conference via video. Defendant was present along with counsel Andrew Henderson. The Government was represented by Assistant United States Attorney Kyle Bateman.

At the hearing, Defendant made an oral motion for appointment of counsel. Following receipt of a Financial Affidavit from Defendant, the Court will appoint the Federal Public Defender to represent Defendant. All deadlines, including the Sentencing Hearing, will be continued for two (2) weeks to allow time for new counsel to be appointed and review the case. Should newly entered counsel require additional time, they may file a motion to continue the newly set deadlines.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Oral Motion for Appointment of New Counsel is **GRANTED,** contingent upon receipt of a Financial Affidavit from Defendant showing eligibility for appointment of counsel.

**IT IS FURTHER ORDERED** that the deadline for filing objections to the Presentence Investigation Report is continued to **February 12, 2021**.

**IT IS FURTHER ORDERED** that the Sentencing Hearing is continued to **Thursday, February 18, 2021 at 3:00 p.m.** The hearing will take place will take place via Zoom. Hearing participants received a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1-669-254-5252, Meeting ID: 160 878 4858. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

Dated this 27th day of January, 2021.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE