UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20 CR 376 AGF |
| ) | |
| CHRISTEN SCHULTE, ) | |
| ) | |
| Defendant. ) | |

# **DEFENDANT'S MOTION TO CONTINUE THE FEBRUARY 18, 2021 SENTENCING SETTING**

Defendant Christen Schulte, through her attorney, Assistant Federal Public Defender Brocca Morrison, moves to continue the Sentencing date for 30 days or to a date convenient for the Court. In support of this motion she states:

1. Ms. Schulte is set for sentencing on February 18, 2021;

2. Defense counsel entered on the case on February 2, 2021;

3. Counsel needs additional time to consult with Ms. Schulte, conduct review and investigation of the Disclosure Pre-Sentence Report, and prepare for the Sentencing Hearing;

WHEREFORE, Defendant respectfully requests that the Court continue the February 18, 2021 sentencing setting for 30 days or to a date convenient for the Court.

Dated February 4, 2021.

        Respectfully submitted,

        /s/ Brocca Morrison
        BROCCA MORRISON
        Assistant Federal Public Defender
        1010 Market Street - Suite 200
        St. Louis, Missouri   63101

        Telephone: 314 241 1255
        Fax: 314 241 3177
        E-Mail: Brocca_Morrison@fd.org

        Attorney for Defendant

## CERTIFICATE OF SERVICE

Assistant Federal Public Defender Brocca Morrison certifies that she filed Defendant's Motion to Continue the Sentencing Setting electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney, Mr. Kyle Bateman.

Dated February 4, 2021.

        /s/ Brocca Morrison