UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-CR-00376-AGF |
| | ) |
| CHRISTEN DIANE SCHULTE, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Anthony J. Debre, Assistant United States Attorney for said District, and hereby enter their appearance in this case on behalf of the United States of America.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


/s/ Anthony J. Debre
ANTHONY J. DEBRE, #67612MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-6801
(314) 539-2196 fax
Email: anthony.debre@usdoj.gov