UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
vs.  )   Case No. 4:20 CR 376 AGF
)
Christen Schulte  )
)
)
Defendant.  )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☒ Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.

☒ The defendant declines to sign this notice.

(**Note:** Defense counsel should check the appropriate box(es) above.)

6/1/2021
Date

_____
Signature of Attorney

☐ I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.

_____
Date

_____
Signature of Defendant